158 A.3d 575

STATE OF NEW JERSEY IN THE INTEREST OF
E.R., A JUVENILE. (E.R.–PETITIONER)

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004311–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.